IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

D.L. THOMAS,

    Plaintiff,

v.

MARION COUNTY OREGON CIRCUIT COURT,
JUDGE ROBERT C. MILLIKAN, et al.,

    Defendants.

Civil No. 10-1090-BR

ORDER

BROWN, Judge.

    Plaintiff brings this civil action *pro se*. Pursuant to 28 U.S.C. § 1914, a party seeking to institute a civil action shall pay a filing fee of $350.00. An action may proceed without the prepayment of a filing fee only upon a proper application to proceed *in forma pauperis*. See 28 U.S.C. § 1915.

    Plaintiff neither paid the filing fee nor submitted an application to proceed *in forma pauperis*. Accordingly, IT IS ORDERED that plaintiff shall submit a filing fee or an application

1 - ORDER -

to proceed *in forma pauperis* within 30 days of the date of this order.  Plaintiff's failure to do so will result in the dismissal of this action.

    The Clerk of the Court is DIRECTED to send plaintiff a form application to proceed *in forma pauperis* with this order.

    IT IS SO ORDERED.

    DATED this  20th day of September, 2010.

                                    /s/ Anna J. Brown
                                      ANNA J. BROWN
                                      United States District Judge