IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

D.L. THOMAS,

      Plaintiff,

  v.

ROBERT C. MILLIKAN, et al.,

      Defendants.

Civil No. 10-1090-BR

ORDER TO SHOW CAUSE

BROWN, Judge.

    On September 13, 2010, Plaintiff initiated this civil action. At that time, he provided the Court with a post office box address in Wilsonville, Oregon. On September 21, 2010, this Court issued an Order requiring Plaintiff to pay the filing fee or submit an application to proceed *in forma pauperis*. On October 19, 2010, Plaintiff filed a "Notice of Appeal" which contained a new address, 13761 NE 84th Street, Vancouver, WA 98682. On October

1 - ORDER TO SHOW CAUSE -

21, 2010, the Clerk of the Court re-sent the September 21, 2010, Order to Plaintiff's new address.  On October 25, 2010, the Plaintiff's copy of the Order was returned to the court.  The returned envelope indicated "return to sender, no such number."

Pursuant to Local Rule 83.10, a party not represented by counsel has a "continuing responsibility to notify the clerk's office whenever they change their mailing address or telephone number."  When mail from the court to a party cannot be delivered due to the lack of a current address, and the failure continues for sixty (60) days, the court may dismiss the action.  Local Rule 83.12.

Accordingly, IT IS ORDERED that Plaintiff shall file a notice of change of address within 60 days of the date of this order or show cause why this action should not be dismissed for failure to prosecute.  Plaintiff is advised that failure to file a change of address or show cause will result in the dismissal of this proceeding for lack of prosecution.

IT IS SO ORDERED.

DATED this 28th day of October, 2010.

                              /s/ Anna J. Brown
                              ANNA J. BROWN
                              United States District Judge

2 - ORDER TO SHOW CAUSE -