IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

D.L. THOMAS,

        Plaintiff,

    v.

ROBERT C. MILLIKAN, et al.,

        Defendants.

Civil No. 10-1090-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Plaintiff's Motion for Dismissal (#20) is GRANTED.  This action is DISMISSED without prejudice.

    IT IS SO ORDERED.

    DATED this 28th day of December, 2010.

                                        */s/ Anna J. Brown*
                                        ANNA J. BROWN
                                        United States District Judge

1 - ORDER -