IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

D.L. THOMAS,

    Plaintiff,

v.

ROBERT C. MILLIKAN, et al.,

    Defendants.

Civil No. 10-1090-BR

JUDGMENT

BROWN, Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed, without prejudice.

    DATED this 28th day of December, 2010.

                                    /s/ Anna J. Brown
                                    ANNA J. BROWN
                                    United States District Judge

F:\Share\Brown-LawClerks\10-1090thomas1228judgment.wpd